**RANDY SCOTT ZELIN, P.C.**
**675 OLD COUNTRY ROAD**
**WESTBURY, NEW YORK 11590**
**516.997.6900 FAX 516.333.7333**

RANDY SCOTT ZELIN   Of Counsel:
Rsz@rszpc.com   Pryor & Mandelup, LLP

September 18, 2007

Via ECF
The Honorable Victor Marrero
United States District Judge
United States District Court, S.D.N.Y.
Daniel P. Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

      Re:    United States v. Moheed Oasman, a/k/a "Feisal"
               Criminal Docket No. CR-07- 837 (VM)

Dear Judge Marrero:

      Douglas T. Burns and I represent Moheed Oasman. This matter is scheduled for a status conference on Friday, September 21, 2007. By this letter we are respectfully requesting that our client's appearance be waived. The government takes no position with respect to this application.

      The reason for this request is that our client is presently on home confinement at our client's parents' home in Georgia. The terms of his custody further requires that one parent travel with him at all times.

      It is a financial burden for our client and his parents to make the roundtrip between Georgia and New York.

      Thank for your kind consideration.

                                      Respectfully submitted,

                                      RANDY SCOTT ZELIN, P.C.

                        By:    <u>S/Randy Scott Zelin</u>
RSZ: ni                          RANDY SCOTT ZELIN

cc:    Benjamin Gruenstein, Esq. (By ECF)