**RANDY SCOTT ZELIN, P.C.**
675 OLD COUNTRY ROAD
WESTBURY, NEW YORK 11590
516.997.6900 FAX 516.333.7333

RANDY SCOTT ZELIN
Rsz@rszpc.com

Of Counsel:
Pryor & Mandelup, LLP

September 18, 2007

Via ECF
The Honorable Victor Marrero
United States District Judge
United States District Court, S.D.N.Y.
Daniel P. Moynihan Federal Courthouse
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-19-07

    Re:    United States v. Moheed Oasman, a/k/a "Feisal"
           Criminal Docket No. CR-07- 837 (VM)

Dear Judge Marrero:

    Douglas T. Burns and I represent Moheed Oasman. This matter is scheduled for a status conference on Friday, September 21, 2007. By this letter we are respectfully requesting that our client's appearance be waived. The government takes no position with respect to this application.

    The reason for this request is that our client is presently on home confinement at our client's parents' home in Georgia. The terms of his custody further requires that one parent travel with him at all times.

    It is a financial burden for our client and his parents to make the roundtrip between Georgia and New York.

    Thank for your kind consideration.

                            Respectfully submitted,

                            RANDY SCOTT ZELIN, P.C.

                By:    S/Randy Scott Zelin
RSZ: ni                      RANDY SCOTT ZELIN

    cc:    Benjamin Gruenstein, Esq. (By ECF)

*[Handwritten endorsement:]* Request GRANTED. The appearance of defendant Moheed Oasman at the conference on 9-21-07 is waived.

SO ORDERED:
9-18-07
DATE    VICTOR MARRERO, U.S.D.J.