

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2007

<u>BY FAX (212-805-4060)</u>

Hon. Douglas F. Eaton
Untied States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: <u>United States v. Rabindra Singh</u>
        S1 07 Cr. 837 (VM)

Dear Judge Eaton:

    The Government respectfully submits this letter to request that the above-captioned indictment be unsealed, as a defendant was arrested this morning and will be presented on the Indictment this afternoon.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

            By: _____
                  Benjamin Gruenstein
                  Assistant United States Attorney
                  (212) 637-2315

SO ORDERED: 11/20/07

_____
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONIC[ALLY FILED]
DOC #: _____
DATE FILED: _____