UNITED STATES DISTRCIT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
UNITED STATES OF AMERICA                    07 Cr. 837 (VM)

   - against -                                            NOTICE OF APPEARANCE

MOHEED OASMAN, *et. al.*,
                      Defendant.
-----------------------------------------------------x

       Undersigned counsel hereby notes his appearance on behalf of defendant MOHEED OASMAN in the above-captioned matter and requests that he receive Notices of Electronic Filing in this case.

Dated: New York, New York
          January 17, 2008

                                                  Respectfully submitted,

                                                  _____/s/_____
                                                  SETH GINSBERG
                                                  Attorney at Law
                                                  225 Broadway, Suite 715
                                                  New York, New York 10007
                                                  212-537-9202
                                                  646-607-8597 (fax)
                                                  srginsberg@mac.com