UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

     - v. -                     :        S1 07 Cr. 837 (VM)

MOHEED OASMAN,                     :

          Defendant.          :

- - - - - - - - - - - - - - - - x

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1951 in Count One; Title 18, United States Code, Sections 1951 and 2 in Count Two; Title 21, United States Code, Section 846 in Count Three; Title 18, United States Code, Sections 371, in Count Four; Title 18, United States Code, Sections 1349 in Count Five; and Title 18, United States Code, Sections 924(c), in Count Six; being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____  08/26/08
Witness

_____
Counsel for Defendant

Date:  New York, New York
      August 26, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: AUG 2 6 2008